IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ELVIN TYRONE JOEL SCOTT**                                         **PLAINTIFF**

V.                        CASE NO.  4:22-cv-00071 JM

**DON BOURNE,** *et al.*                                         **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ORDERED this 26th day of April, 2022.

_____
UNITED STATE DISTRICT JUDGE